UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TRAVIS MCEWEN | ) |
| | ) |
| v. | ) CIVIL NO. 2:20-cv-00153-LEW |
| | ) |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, et al. | ) |

## ORDER

On January 22, 2021, upon Defendant National Rifle Association of America having filed a suggestion of bankruptcy, the Court issued an Order that administratively closed the case. The case is hereby ORDERED reinstated.

It is further ORDERED that pursuant to 11 U.S.C § 362(a), Plaintiff's claims against Defendant National Rifle Association of America are STAYED.

It is further ORDERED that counsel for Plaintiff Travis McEwen and Defendant Infocision Inc. will confer and report, on or before March 12, 2021, whether the matter should or should not proceed as between them. If they agree, they shall file a joint report. If they cannot agree on the manner of proceeding, they may file separate reports stating their respective positions by the foregoing deadline and, in that case, may also file a response on or before March 19, 2021.  The reports and responses will be limited to seven pages.

SO ORDERED.

/s/ LANCE E. WALKER
United States District Judge

Dated this 26th day of February, 2021.