United States District Court
District of Maine

| | |
|---|---|
| TRAVIS MCEWEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil No. 2:20-cv-00153-LEW<br>)<br>)<br>)<br>)<br>) |

## Joint Report

In compliance with the Court's February 26, 2021 Order (ECF 52), Plaintiff Travis McEwen and Defendant InfoCision, Inc., have conferred and agree as follows: (1) the Court should proceed in the normal course with issuing decisions, solely as to InfoCision, on the fully briefed and pending Motions to Stay Counts 1 and 2 (ECF No. 17) and Dismiss Counts 3 through 6 (ECF No. 31); and (2) within 10 days after those pending motions are decided, McEwen and InfoCision will confer and report how the matter should or should not proceed further as between them; and if they agree, they must file a joint report; if they cannot agree on the manner of further proceedings, they may file separate reports stating their respective positions

by the ten-day deadline and, in that case, may also file a response within seven days; the reports and responses will be limited to seven pages.

Date: March 11, 2021                           Respectfully submitted,

/s/ David G. Webbert
David G. Webbert
Shelby Leighton
Johnson, Webbert & Garvan, LLP
160 Capitol Street, P.O. Box 79
Augusta, Maine 04332-0079
Telephone: 207.623.5110
Email: dwebbert@work.law
Email: sleighton@work.law

/s/ Kim D. Stephens
Kim D. Stephens, WSBA #11984
Jason T. Dennett, WSBA #30686
Kaleigh N. Powell, WSBA #52684
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206.682.5600
Email: kstephens@tousley.com
Email: jdennett@tousley.com
Email: kpowell@tousley.com

Patrick H. Peluso
Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: 720.213.0676
Email: ppeluso@woodrowpeluso.com

*Attorneys for Plaintiff and the Putative Class*

/s/ Patrick Strawbridge
Patrick Strawbridge
Maine Bar No. 10024
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
Telephone: (617) 227-0548
Email: patrick@consovoymccarthy.com

Terry M. Brennan (pro hac vice)
Sam A. Camardo (pro hac vice)
Daniel M. Kavouras (pro hac vice)
BakerHostetler LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 861-7145
Email: tbrennan@bakerlaw.com
Email: scamardo@bakerlaw.com
Email: dkavouras@bakerlaw.com

*Counsel for Defendants NRA and InfoCision*

## Certificate of Service

      I hereby certify that on March 11, 2021, I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                    /s/ David G. Webbert
                                    David G. Webbert, Esq.
                                    Johnson, Webbert & Garvan, LLP
                                    160 Capitol Street, P.O. Box 79
                                    Augusta, Maine 04332-0079
                                    (207) 623-5110
                                    dwebbert@work.law