United States District Court
District of Maine

| | |
|---|---|
| TRAVIS MCEWEN, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA, et al.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 2:20-cv-00153-LEW<br>)<br>)<br>)<br>)<br>)  |

## Joint Status Report

In compliance with the Court's February 24, 2022 Order (ECF 90), Plaintiff Travis McEwen and Defendants National Rifle Association of America and InfoCision, Inc., have conferred and agree that the process most likely "to secure the just, speedy, and inexpensive determination" of this action under Fed. R. Civ. P. 1 is for the parties to pursue interlocutory appeals of the Court's rulings on Defendants' motions to dismiss on the following schedule and conditions:

    (1)    By May 4, 2022, Plaintiff will file an unopposed motion, under Rule 54(b) and possibly 28 U.S.C. § 1292(b), to request certification of the order dismissing counts C through F. To the extent filed under

§ 1292(b), Plaintiff will request that the Court certify for appeal all issues raised by Defendants' motion to dismiss Counts C through F.

(2) By May 4, 2022, Defendants will file an unopposed motion, under 28 U.S.C. § 1292(b), to request certification of the order denying their motion to dismiss Counts A and B, and, specifically, the meaning of "automatic telephone dialing system" under the Telephone Consumer Protection Act, 47 U.S.C. § 227, following the Supreme Court's decision in *Facebook v. Duguid,* 141 S. Ct. 1163 (2021).

(3) Discovery will be stayed in the district court pending resolution of the motions to certify and any appeals arising from those motions.

(4) The parties fully reserve the right to argue on appeal alternative grounds for affirmance that were raised below.

Date: March 16, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ David G. Webbert
　　　　　　　　　　　　　　　　　　　David G. Webbert
　　　　　　　　　　　　　　　　　　　Johnson, Webbert & Garvan, LLP
　　　　　　　　　　　　　　　　　　　160 Capitol Street, P.O. Box 79
　　　　　　　　　　　　　　　　　　　Augusta, Maine 04332-0079
　　　　　　　　　　　　　　　　　　　Telephone: (207) 623-5110
　　　　　　　　　　　　　　　　　　　Email: dwebbert@work.law

/s/ Kim D. Stephens
Kim D. Stephens, WSBA #11984
Jason T. Dennett, WSBA #30686
Kaleigh N. Powell, WSBA #52684
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Email: kstephens@tousley.com
Email: jdennett@tousley.com
Email: kpowell@tousley.com

Patrick H. Peluso
Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Email: ppeluso@woodrowpeluso.com

*Attorneys for Plaintiff and the Putative Class*

/s/ Sam A. Camardo
Sam A. Camardo (pro hac vice)
Terry M. Brennan (pro hac vice)
Daniel M. Kavouras (pro hac vice)
BakerHostetler LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 861-7145
Email: scamardo@bakerlaw.com
Email: tbrennan@bakerlaw.com
Email: dkavouras@bakerlaw.com

Patrick Strawbridge
Maine Bar No. 10024
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109
Telephone: (617) 227-0548
Email: patrick@consovoymccarthy.com

*Attorneys for Defendants NRA and InfoCision*

## Certificate of Service

      I hereby certify that on March 16, 2022, I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            /s/ David G. Webbert
                                            David G. Webbert, Esq.
                                            Johnson, Webbert & Garvan, LLP
                                            160 Capitol Street, P.O. Box 79
                                            Augusta, Maine 04332-0079
                                            (207) 623-5110
                                            dwebbert@work.law