UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TRAVIS MCEWEN<br>Plaintiff,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF<br>AMERICA, et al.,<br>Defendants, | )<br>)<br>)<br>)<br>)  Civil No. 2:20-cv-00153-LEW<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Memorandum of Decision and Order on Defendants' Motion to Dismiss and Motion for Stay, issued by U.S. District Judge Lance E. Walker on April 14, 2021, and the Order on Plaintiff's Unopposed Motion for (1) Rule 54(b) Entry of Final Judgment on Claims in Counts C, D, E, and F; (2) Certification for Interlocutory Appeal under 28 U.S.C. § 1292(b); and (3) Stay of Further Discovery in this Court, issued by U.S. District Judge Lance E. Walker on June 9, 2022;

JUDGMENT of dismissal is hereby entered on Counts C, D, E, and F.

CHRISTA K. BERRY
CLERK

By:  /s/ Meghan Maker
Deputy Clerk

Dated: June 17, 2022