United States District Court
District of Maine

| | |
|---|---|
| Travis McEwen, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) National Rifle Association of America, et al. ) ) ) ) Defendants. ) | No. 2:20-cv-00153-LEW |

## Plaintiff's Notice of Appeal

Plaintiff Travis McEwen appeals to the United States Court of Appeals for the First Circuit from the final judgment of dismissal entered on June 17, 2022 (ECF No. 97) as directed by the Order dated June 9, 2022 (ECF No. 96) granting Plaintiff's Motion for Rule 54(b) Entry of Final Judgement on Claims in Counts C, D, E, and F of the Complaint and dismissing those Counts; the Order dated December 20, 2021 (ECF No. 82) granting the request of Defendant National Rifle Association of America to enter judgment on the pleadings on Counts C, D, E, and F as to the NRA and denying Plaintiff's Motion to file a second amended complaint regarding Counts C, D, E, and F; and the Order dated April 14, 2021 (ECF No. 54) dismissing Counts C, D, D, and F as to Defendant InfoCision, Inc.

Date: July 14, 2022	Respectfully submitted,

/s/ David G. Webbert
David G. Webbert
Johnson & Webbert, LLP
160 Capitol Street, P.O. Box 79
Augusta, Maine 04332-0079
Telephone: 207.623.5110
Email: dwebbert@work.law

/s/ Kim D. Stephens
Kim D. Stephens, WSBA #11984
Jason T. Dennett, WSBA #30686
Kaleigh N. Boyd, WSBA #52684
Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101-3147
Telephone: 206.682.5600
Email: kstephens@tousley.com
Email: jdennett@tousley.com
Email: kboyd@tousley.com

Patrick H. Peluso
Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: 720.213.0676
Email: ppeluso@woodrowpeluso.com

*Attorneys for Plaintiff and the Putative Class*

## Certificate of Service

  I hereby certify that on July 14, 2022, I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

            /s/ David G. Webbert
            David G. Webbert, Esq.
            Johnson & Webbert, LLP
            160 Capitol Street, P.O. Box 79
            Augusta, Maine 04332-0079
            (207) 623-5110
            dwebbert@work.law