United States District Court
District of Maine

| | |
|---|---|
| Travis McEwen, individually and on behalf of all others similarly situated,         Plaintiff, <br><br> v. <br><br> National Rifle Association of America, et al. <br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil No. 2:20-cv-00153-LEW |

## Stipulation of Dismissal

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice and without fees or costs to any party.

Date: February 15, 2023              Respectfully submitted,

/s/ David G. Webbert
David G. Webbert
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Ste. 300
Topsham, ME 04086
Telephone: 207.623.5110
Email: dwebbert@work.law

/s/ Kim D. Stephens
Kim D. Stephens, WSBA #11984
Jason T. Dennett, WSBA #30686
Kaleigh N. Boyd, WSBA #52684
Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700

1

Seattle, Washington 98101-3147
Telephone: 206.682.5600
Email: kstephens@tousley.com
Email: jdennett@tousley.com
Email: kboydl@tousley.com

Patrick H. Peluso
Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: 720.213.0676
Email: ppeluso@woodrowpeluso.com

*Attorneys for Plaintiff and the Putative Class*


/s/ Sam A. Camardo
Sam A. Camardo (pro hac vice)
Terry M. Brennan (pro hac vice)
Daniel M. Kavouras (pro hac vice)
BakerHostetler LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 861-7145
Email: scamardo@bakerlaw.com
Email: tbrennan@bakerlaw.com
Email: dkavouras@bakerlaw.com

Patrick Strawbridge
Maine Bar No. 10024
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109
Telephone: (617) 227-0548
Email: patrick@consovoymccarthy.com

*Attorneys for Defendants NRA and InfoCision*

2

## Certificate of Service

I hereby certify that on February 15, 2023, I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ David G. Webbert
David G. Webbert, Esq.
Johnson & Webbert, LLP
1 Bowdoin Mill Island, Ste. 300
Topsham, ME 04086
(207) 623-5110
dwebbert@work.law